KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
R. Todd Creer            #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
tcreer@kzalaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE GLASPER, | ) | Case No. 2:13-cv-01580-JCM-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| STATE OF NEVADA ex rel. EIGHTH | ) | |
| JUDICIAL DISTRICT COURT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///

///

///

///

///

///

///

///

1  WHEREFORE, the parties respectfully request that this matter be dismissed *with*
2  *prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise
3  agreed.

4  DATED this 6th day of May, 2014.

| KIRK T. KENNEDY, ATTORNEY AT LAW | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Kirk T. Kennedy<br>Kirk T. Kennedy   #5032<br>815 South Casino Center Boulevard<br>Las Vegas, Nevada 89101<br>Tel:  (702) 385-5534<br>Fax: (702) 385-1869<br><br>Attorney for Plaintiff | By: /s/ R. Todd Creer<br>Scott M. Abbott   #4500<br>R. Todd Creer     #10016<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102<br>Tel:  (702) 259-8640<br>Fax: (702) 259-8646<br><br>Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

DATED: May 14, 2014

_____
UNITED STATES DISTRICT COURT JUDGE